Farrell, Senior Judge,
concurring:
I join Judge McLeese’s admirably concise opinion for the court, and write just to make two brief points. The first is the obvious one that if the D.C. Council, like the Executive, thinks the Commission overreached itself, see D.C. Code § 1-204.50 (2016 Repl.), by making Pepeo set up an escrow fund under the supervision (and power to disburse monies) of the Commission, the Council has its own remedies. Second, I tip my hat—and have little doubt my colleagues do also—to the gruelingly conscientious work of the Commission in treating and resolving the issues in this case, one it recognized as importantly affecting the welfare of the District’s residents going forward. The succession of detailed administrative- orders and findings, especially those bearing the signature of Commissioner Fort, are of a clarity and quality any appellate judge could be proud of.